#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KYLE M. ALEXANDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0683** |
| **WARDEN BURL CAIN** | **SECTION "S"(4)** |

#### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Document #16), plaintiff's objection (Document #17) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kyle M. Alexander's **Motion to Stay/Hold in Abeyance Movant's Original Pending Litigation in Case No. 97-39 and Case No. 97-37 Not Part of the Original Doc. No. 05-0683 (Rec. Doc. No. 12)**; **Notice of Intent and Permission to Amend and/or Supplement Original Petition for Habeas Corpus Relief on the Merits (Rec. Doc. No. 13)**; and **Motion and/or Request for the Judicial Consolidation of Cases No. 97-39 (6/1999 Trial) and 97-37 (8/2000) for Habeas Corpus Relief (*in toto*) to Adjudicate both with the Doc. No. 05-0683 (Rec. Doc. No. 14)** are **DENIED**.

New Orleans, Louisiana, this 12th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE