UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KYLE M. ALEXANDER**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 05-0683**

**WARDEN BURL CAIN**                                     **SECTION "S"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Document #9), and the plaintiff's objection (Document #10) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kyle M. Alexander's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 12th day of January, 2007.

UNITED STATES DISTRICT JUDGE